IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TROY T. POPE, AIS# 00278311,         ) | |
|     Petitioner,         ) | |
| ) | |
| v.         ) | CIVIL ACTION NO. 15-00102-WS-N |
| ) | |
| CYNTHIA STEWART, Warden,         ) | |
| Fountain Correctional Facility,         ) | |
|     Respondent.         ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 6) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and dated March 18, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Petitioner's motion to voluntarily dismiss without prejudice (Doc. 4) is **GRANTED** and that this action under 28 U.S.C. § 2254 is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 21st day of April 2015.

                                        s/WILLIAM H. STEELE
                                        **CHIEF UNITED STATES DISTRICT JUDGE**