IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TROY T. POPE, AIS# 00278311, | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 15-00102-WS-N** |
| | ) |
| CYNTHIA STEWART, Warden, | ) |
| Fountain Correctional Facility, | ) |
|     Respondent. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action under 28 U.S.C. § 2254 is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 21st day of April 2015.

                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE